IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSE ALFREDO JIMENEZ,

    Defendant.

No. CR 11-00357 WHA

**ORDER REQUESTING PRETRIAL SERVICE'S RESPONSE TO DEFENDANT'S LETTER REQUEST**

    *Pro se* defendant Jose Alfredo Jimenez has sent a letter requesting that his passport and driver's license be mailed to his wife, Maria Jimenes (Dkt. No. 71). According to defendant, he surrendered his passport and driver's license when he was granted bond.

    Pretrial services is thus requested to please submit a response to defendant's letter, indicating whether it would be possible to mail his passport and driver's license to his wife. Please submit this response by **12 PM ON SEPTEMBER 22, 2014**.

    **IT IS SO ORDERED.**

Dated: September 11, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE